CASES DISPOSED OF BY PER CURIAM ORDER.

PORTER *v.* SHANK, from Macon.    Affirmed, December 19.

ROGERS *v.* SWAYINGIM, from Haywood.    Plaintiff's appeal docketed and dismissed, under Rule 17, December 14.

CHASTAIN *v.* ANDERSON, from Clay.    Plaintiff's appeal docketed and dismissed, under Rule 17, December 16.